```
 1
 2
 3
 4
 5
 6
 7
 8                         UNITED STATES DISTRICT COURT
                          WESTERN DISTRICT OF WASHINGTON
 9                                    AT TACOMA
10
11
    JAMES REGINALD BARNES,
12                                              Case No.  C06-5214FDB
                    Petitioner,
13                                              ORDER GRANTING
         v.                                     RESPONDENT'S MOTIONS
14                                              FOR AN EXTENSION OF TIME
    RICHARD MORGAN,
15
                    Respondent.
16
```

17    This matter is before the court on respondent's motion for an extension of time to file a an answer

18  to the petition (Doc. 11). After reviewing the motion and the remaining record, the court orders as

19  follows.

20    (l) Respondent's motion for an extension of time is **GRANTED.  The court grants respondent**

21  **an extension until August 24, 2006 to file an answer to the petition.**

22    (2)    The Clerk shall direct copies of this Order to petitioner and to counsel for respondent.

23    DATED this 27th day of July, 2006.

24

25                         */s/  J. Kelley Arnold*
                           J. Kelley Arnold
26                         United States Magistrate Judge

27

28

ORDER
Page - 1