UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JAMES REGINALD BARNES,<br><br>    Petitioner,<br><br>    v.<br><br>DOUG WADDINGTON,<br><br>    Respondent. | Case No.  C06-5214 FDB<br><br>ORDER ADOPTING REPORT AND RECOMMENDATION GRANTING MOTION TO DISMISS AND DENYING PETITION FOR WRIT OF HABEAS CORPUS |

The Court, having reviewed the petition, the Report and Recommendation of the Hon. J. Kelley Arnold, United States Magistrate Judge, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and Order:

    (1)    The Court adopts the Report and Recommendation;

    (2)    Respondent's motion to dismiss is GRANTED;

    (3)    The petition for writ of habeas corpus is DENIED; and

    (4)    The Clerk is directed to send copies of this Order to petitioner, to counsel for respondent, and to the Hon. J. Kelley Arnold.

DATED this 17th  day of November, 2006.

_____
FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE